# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ROGERS, et al., | Case No. 1:23-cv-01182-NODJ-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF KERN, | (ECF No. 16) |
| Defendant. | |

On December 5, 2023, a scheduling order issued setting a deadline of February 28, 2024, for the filing of any stipulation requesting leave to amend. (ECF No. 15.) On January 30, 2024, the parties filed a stipulation agreeing to allow Plaintiff leave to file a first amended complaint to name individual defendants. (ECF No. 16.) The Court finds good cause to grant the parties' stipulated motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion for leave to file a first amended complaint is GRANTED;
2. Plaintiff shall file the first amended complaint and summons within five (5) days of entry of this order; and
3. Defendants shall file a responsive pleading to the first amended complaint within twenty-one (21) days of service.

IT IS SO ORDERED.

Dated: **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE